```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

EDWARD R. L. ALEXANDER,

                    Plaintiff,
                                                 Civ. No.9:02-CV-1544
          v.                                           (FJS/RFT)

C.O. CAGNE, Corr. Officer, Upstate
Corr. Facility; SGT. FLETCHER,
Corr. Sergeant, Upstate Corr. Facility;
JOHN DOE #1, Upstate Corr. Facility;
A. BAKER, Upstate Corr. Facility;
T.L. RICKS, Supt. of Upstate Corr.
Facility; BENUARE, Corr. Officer,

                    Defendants.
_____
```

**APPEARANCES:**                             **OF COUNSEL:**

EDWARD R. L. ALEXANDER
990a-4752
PLAINTIFF, Pro Se
Attica Correctional Facility
Box 149
Attica, New York   14011

HON. ELIOT SPITZER                           LISA ULLMAN, ESQ.
Attorney General for the                     Assistant Attorney General
  State of New York
Department of Law
The Capitol
Albany, New York   12224


**FREDERICK J. SCULLIN, JR.,C.D.J.:**

### DECISION AND ORDER

   The above-captioned matter having been presented to me by

the Report-Recommendation of Magistrate Judge Randolph F. Treece

filed August 25, 2005, and the Court having reviewed the Report-Recommendation and the entire file in this matter; and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation filed by Magistrate Judge Randolph F. Treece on August 25, 2005 is, for the reasons stated therein, **ACCEPTED** in its entirety; and it is further

**ORDERED**, that Defendant Ricks' Motion for Summary Judgment is **GRANTED** and that he is **DISMISSED** as a Defendant in this action.

**IT IS SO ORDERED.**

DATED: September 20, 2005
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Chief United States District Court Judge