◈AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern  DISTRICT OF  New York

Edward R.L. Alexander

**JUDGMENT IN A CIVIL CASE**

V.

C.O. Gagne; Sgt. Fletcher; A. Baker; and C.O. Benware as correctional officers at Upstate Correctional Facility

Case Number: 9:02-cv-1544

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the jury finds no cause for action on the remaining claim of unnecessary force as all remaining defendants.

All of the above pursuant to a jury verdict rendered before the Hon. Frederick J. Scullin, Jr. on October 26, 2006.

November 1, 2006                    Lawrence K. Baerman
Date                                Clerk

                                    s/Barbara J. Woodford
                                    (By) Deputy Clerk